**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| VIOREL BUJOR,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW,<br><br>Defendant. | Case No. 3:26-CV-00686-ART-CLB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO ADD DEFENDANTS**<br><br>[ECF No. 7] |

On September 18, 2026, Plaintiff Viorel Bujor ("Bujor") filed a motion to add three defendants and for his proposed summons to those three defendants be issued. (ECF No. 7.) Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend his pleading once as a matter of course within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. In this case, because no defendants have answered or otherwise responded to Bujor's complaint, Bujor has leave under Rule 15(a)(1) to amend his complaint once as a matter of right. Thus, Bujor does not need the Court's approval to file an amended complaint to add the three defendants. Rather, Bujor may simply file an amended complaint that names the three defendants. Consequently, the Court denies Bujor's request to add the three defendants and instead directs Bujor to file an amended complaint naming those defendants.

As to Bujor's request for the Clerk of the Court to issue his proposed summons, (ECF No. 7-1), the Clerk may not issue summons to individuals not named in a complaint properly before the Court. Therefore, the Court denies Bujor's request to issue the proposed summons. Accordingly, Bujor is also directed to attach the proposed summons to his amended complaint.

The Court also notes that the amended complaint supersedes (replaces) the original complaint and, thus, the first amended complaint must be complete in itself. *See*

*Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). Any allegations, parties, or requests for relief from prior papers that are not carried forward will no longer be before the court.

**IT IS THEREFORE ORDERED** that Bujor's motion to add defendants and for summons to be filed with the Court, (ECF No. 7), is **DENIED**. Bujor is directed to **FILE** an amended complaint and **REFILE** the proposed summons, (ECF No. 7-1).

**IT IS SO ORDERED**.

**DATED**: September 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**